UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

HAMED SALOOTI,

    Petitioner,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

    Respondents.

No. 1:26-CV-176-H

## ORDER

Hamed Salooti petitioned for a writ of habeas corpus challenging his mandatory detention without bond. Dkt. No. 1. The respondents inform the Court that Salooti applied for, and received, a pre-conclusion order of voluntary departure under 8 U.S.C. § 1229c(a). Dkt. No. 9 at 1. Salooti did not file a response. Because the Court "[can]not effect [a] bond hearing," the Court concludes that Salooti's petition is moot. *Nieto-Ramirez v. Holder*, 583 F. App'x 330, 331–32 (5th Cir. 2014). Thus, the petition (Dkt. No. 1) is dismissed for lack of jurisdiction.

The Court will enter judgment accordingly.

So ordered on May 21, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE